UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
EASTERN DISTRICT COURT
DISTRICT ARKANSAS
JUN 08 2022
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:22CR 00165 DPM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| ERIC DEWAYNE JORDAN | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.  On or about November 3, 2021, the defendant,

ERIC DEWAYNE JORDAN,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Possession of a controlled substance Sch. I or II not meth/cocaine with purpose to deliver, possession of drug paraphernalia, and possession of a controlled substance Sch. VI with purpose to deliver, in Pulaski County, Arkansas, Circuit Court in Case Number 2013-374;

2. Possession of firearms by certain persons and possession of a controlled substance (methadone), in Pulaski County, Arkansas, Circuit Court in Case Number 2009-1267;

3. Robbery, in Pulaski County, Arkansas, Circuit Court in Case Number 2004-1073; and

4. Theft in the second degree, in Fremont County, Iowa, District Court in Case Number FECR008249.

B.   On or about November 3, 2021, in the Eastern District of Arkansas, the defendant,

ERIC DEWAYNE JORDAN,

knowingly possessed, in and affecting commerce, a firearm, that is: a Taurus, model G2S, 9mm caliber pistol, bearing serial number TLW79364, in violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, ERIC DEWAYNE JORDAN, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]